■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BERNARD J. ZOLNOWSKI, JR., Appellant. (Appeal No. 1.)—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Rossetti, J.—insur-

ance fraud, first degree.) Present—Callahan, J. P., Denman, Green, Balio and Davis, JJ.